# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| SUE MCCOMBS | § § | |
| vs. | § § | Civil Action No. 1:15-CV-922 |
| HOME DEPOT, U.S.A., INC. | § § | |

## JOINT MOTION TO MODIFY SCHEDULING ORDER AND MEMORANDUM IN SUPPORT THEREOF

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff, SUE MCCOMBS, and Defendant, THE HOME DEPOT, U.S.A., by and through their respective counsel, hereby jointly move the Court to modify its Scheduling Order dated January 12, 2016.

## MEMORANDUM IN SUPPORT

Both parties have conferred and jointly request this extension. The parties are proceeding diligently, have exchanged documents, and have agreed to attempt to resolve this dispute through mediation. However, based upon the fact that Plaintiff is still treating for her injuries she sustained as a result of the subject incident, additional time for conducting discovery is necessary in order that Defendant may obtain Plaintiff's medical records before depositions are taken in this matter. Further, Plaintiff's completed treatment and the corresponding medical records will be necessary for both parties making determinations regarding the designation of testifying experts.

Dated: September 4, 2016                                Respectfully submitted,

*/s/ Scott J. Braden*
**KOMIE & MORROW LLP**
Christopher T. Morrow
Texas State Bar No. 00791307
Scott J. Braden
scott@komieandmorrow.com
Texas State Bar No. 24067525
7703 North Lamar Blvd, Ste 410
Austin, Texas 78752
(512) 338-0900 [Tel.]
512) 338-0902 [Fax]
**ATTORNEYS FOR PLAINTIFF**


*/s/ Arthur K. Smith*
**LAW OFFICE OF ARTHUR K. SMITH**
Arthur K. Smith
asmith@aksmithlaw.com
Texas State Bar No. 18534100
507 Prestige Circle
Allen, Texas 75002-3438
Telephone: 469-519-2500
Facsimile: (469) 519-2555
**ATTORNEYS FOR DEFENDANT**

# CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing instrument was served in accordance with the FEDERAL RULES OF CIVIL PROCEDURE upon the following:

**SENT VIA E-MAIL TO MMCPEAK@AKSMITHLAW.COM**

Arthur K. Smith,
LAW OFFICES OF ARTHUR K. SMITH
507 Prestige Circle
Allen, Texas 75002-3438
Telephone: (469) 519-2500
Facsimile: (469) 519-2555
ATTORNEY FOR DEFENDANT

On this the 4th of September, 2016

/s/ *Scott J. Braden*
    Scott J. Braden