FILED

2016 OCT 31  AM 9: 51

CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY_____ GL
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

SUE McCOMBS,                          §
                                      §
            Plaintiff,                §
                                      §
vs.                                   §        Civil Action No. 1:15-cv-00922-SS
                                      §
HOME DEPOT U.S.A., INC.,              §
                                      §
            Defendant.                §             **JURY DEMANDED**

## ORDER GRANTING JOINT MOTION TO MODIFY SCHEDULING ORDER

Pursuant to Rule 16, Federal Rules of Civil Procedure, the Court issues the following scheduling order:

1.    A report on alternative dispute resolution in compliance with Local Rule CV-88 shall be filed **by March 11, 2016.**

2.    The parties asserting claims for relief shall submit a written offer of settlement to opposing parties by **March 11, 2016,** and each opposing party shall respond, in writing, by **May 25, 2016.**  All offers of settlement are to be private, not filed, and the Court is not to be advised of the same. The parties are further ORDERED to retain the written offers of settlement and responses as the Court will use these in assessing attorney's fees at the conclusion of trial.

3.    Each party shall complete and file the attached "Notice Concerning Reference to United States Magistrate Judge" on or before **December 12, 2016.**

4.    The parties shall file all amended or supplemental pleadings and shall join additional parties by **December 1, 2016.**



5.    Any party asserting claims for affirmative relief shall disclose its designation of potential witnesses, testifying experts, and proposed exhibits by serving, not filing, the designation on all parties by **November 11, 2016**. Any party resisting claims for relief shall disclose its potential witnesses, testifying experts, and proposed exhibits by serving, not filing, the disclosure on all parties by **December 12, 2016**. All designations of rebuttal experts shall be filed within fifteen (15) days of receipt of the report of the opposing expert. Any witness who will present any opinion in trial is considered an expert, and the disclosure must contain a written summary of the witness's testimony in an expert report. The Fed. R. Civ. P. 26 standard is not applicable to this paragraph; it does not make any difference whether or not the expert witness is a "retained expert," as any opinion or testimony of any expert not contained in the summary will not be permitted at trial.

6.    An objection to the reliability of an expert's proposed testimony under Federal Rule of Evidence 702 shall be made by motion, specifically stating the basis for the objection and identifying the objectionable testimony, within eleven (11) days of receipt of the written report of the expert's proposed testimony or within eleven (11) days of the expert's deposition, if a deposition is taken, whichever is later.

7.    The parties shall complete all discovery on or before **January 9, 2017**. Counsel may by agreement continue discovery beyond the deadline, but there will be no intervention by the Court except in extraordinary circumstances, and no trial setting will be vacated because of information obtained in post-deadline discovery.

8.    All dispositive motions shall be filed no later than **February 10, 2017** and shall be limited to **twenty (20) pages**. Responses to dispositive motions shall be filed not later than **fourteen (14) days** after the filing of the motion and shall be limited to **twenty (20) pages**. A

reply in support of a dispositive motion shall be filed not later than **seven (7) days** after the filing of the response to the motion and shall be limited to **ten (10) pages**, but the Court need not wait for the reply before ruling on the motion.

9.      This case is set for docket call **April 28, 2017**, at 11:00 a.m. and trial in the month of **May 2017**. At docket call, the parties shall submit a short, one paragraph statement of the parties' contentions, voir dire questions, proposed jury instructions and verdict forms, exhibit and witness lists, and any motions in limine.

After considering the parties' Joint Motion to Modify Scheduling Order, the Court hereby GRANTS the motion.

SIGNED  this the **25**ᵗʰ day of October 2016.

_____
UNITED STATES DISTRICT JUDGE

Approved by:

By: ___/s/ Arthur K. Smith_____
        Arthur K. Smith
        State Bar No. 18534100

        LAW OFFICES OF ARTHUR K. SMITH,
        A Professional Corporation
        507 Prestige Circle
        Allen, Texas 75002
        Telephone:  (469) 519-2500
        Facsimile:  (469) 519-2555
        E-mail: asmith@aksmithlaw.com

**ATTORNEYS FOR DEFENDANT**



By: ___/s/ Scott J. Braden_____
        Scott J. Braden
        Texas State Bar No. 24067525

        KOMIE & MORROW LLP
        7703 North Lamar Boulevard, Ste 410
        Austin, Texas 78752
        Telephone: (512) 338-0900
        Facsimile:  (512) 338-0902
        E-mail: scott@komieandmorrow.com

**ATTORNEYS FOR PLAINTIFF**