UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| Sue McCombs | § | |
| | § | |
| vs. | § | NO: AU:15-CV-00922-SS |
| | § | |
| The Home Depot, U.S.A., Inc. | § | |

**ORDER**

IT IS ORDERED that a status conference in this case is set on **Wednesday, February 08, 2017**, at **11:00 AM**, in Courtroom No. 2, Fourth Floor of the United States Courthouse, 501 West Fifth Street, Austin, Texas.  Counsel must be prepared to discuss the following:

1. Motions pending;

2. Any further discovery requests;

3. Counsel and witness availability for trial;

4. Settlement negotiations (the Plaintiff[s] must have made an initial offer to settle the entire case prior to the status conference, and the Defendant[s] must have had sufficient time to respond to the offer prior to the status conference).

The status conference may be conducted by telephone, **and any such request must be made by February 1, 2017**.  The party making such request must confirm with other parties in the case and call Linda Mizell at 512/916-5230 to schedule.  The use of cell phones, cordless telephones, or speaker phones is prohibited during a telephonic appearance.

SIGNED this the 30th day of January, 2017.

_____
SAM SPARKS
UNITED STATES DISTRICT JUDGE