IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

SUE McCOMBS,
           **Plaintiff,**

-vs-                                                      Case No. A-15-CA-922-SS

HOME DEPOT U.S.A., INC.,
           **Defendant.**

## ORDER

BE IT REMEMBERED that on the 8th day of February 2017, the Court called the above-styled cause for a status conference, and the parties appeared either in person or through counsel. The Court confirms its announcements with the following written orders:

IT IS ORDERED that the case REMAINS SET for docket call on **April 28, 2017**, at 11:00 a.m. in Courtroom 2 of the United States Courthouse, 501 W. Fifth Street, Austin, Texas, with a **JURY trial** in the month of **May 2017**, and each side shall be allowed **SIX (6) HOURS** in trial, beginning with opening statement and continuing through the close of evidence (including direct examination, cross-examination, and rebuttal). The parties stipulate to a jury of seven with a verdict by no less than five.

IT IS FURTHER ORDERED that, prior to docket call, the parties shall file a short, one paragraph statement of the parties' contentions, voir dire questions, proposed jury instructions and verdict forms, exhibit and witness lists, and any motions in limine.

SIGNED this the 8th day of February 2017.

/s/ Sam Sparks
SAM SPARKS
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

SUE McCOMBS,
      Plaintiff,

-vs-                 Case No. A-15-CA-922-SS

HOME DEPOT U.S.A., INC.,
      Defendant.

## NOTICE CONCERNING REFERENCE TO
## UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. § 626(c), Federal Rules of Civil Procedure 73, and the Local Rules of the United States District Court for the Western District of Texas, the following party: _____

through counsel: _____

hereby (select one):

  ☐  consents to having a United States Magistrate Judge preside over the trial in this case.

  ☐  declines to consent to trial before a United States Magistrate Judge.

              Respectfully submitted,

              By: _____
              Attorney for:
              _____